B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Steele, Edgar Wilson** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **5112** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **20 Fairview Court, Clarendon Hills IL** ZIP CODE **60514** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **N/A** ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [X] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [X] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

FILED
UNITED STATES BANKRUPTCY COURT
DISTRICT OF ILLINOIS
AUG 07 2013
GARDNER, CLERK

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: none | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: none | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) — Page 3

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signed)_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney): 630 989-1124
Date: Aug 7, 2013

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date: _____

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **Edgar STeele**
             Debtor

Case No._____
            (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                   Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: *[signature]*
Date: Aug 7, 2013

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Edgar Steele           )
                              )
                              )
                              )  Case No.
     Debtor(s)                )
                              )  Chapter  7
                              )
                              )
                              )

List of Creditors

Schedule D - Creditors Holding Secured Claims

| | | |
|---|---|---|
| Fifth Third Mortgage Company 5001 Kingsley Drive, MD 1MOB3A Cincinnati, OH 45227 | Mortgage for Apartment Bldg $360,000 Approximately Acct#2174 | Business Loan |
| Aabal Heating + Cooling William C. Dowd Attorney 7480 W. College Drive Palos Heights IL 60463 | Filed Contractors lien on Bldg at 7014-16 S Merrill, Chicago IL 60649 Amount $7,413.00 | Business Loan |
| Bank of America P.O. Box 851001 Dallas, TX 75285 | Mortgage on 6B unit Apartment Building. Bank Claims amount of Claim to be $847,745.56 That figure is in dispute | Business Loan |
| Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | Potential Lien for 4 refrigerators | Business Loan |
| Erica Crohn Minchella, Ltd 7538 St. Louis Ave Skokie, IL 60076 | Claim for wages as employee of Second Chance Dev. Co LLC of which Debtor is Managing Partner Claim Amount for Legal Fees $1620.00 | Business Claim |

Edgar Steele

1 of 3

Schedule F - Creditors holding unsecured Non Priority Claims

| # | CREDITOR NAME ADDRESS/ACCT | ASSIGNEE OR OTHER NOTIFICATION | ORIGINAL CREDITOR | LOAN PURPOSE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ASSET ACCEPTANCE LLC P.O. BOX 2036 WARREN MI 48090-2036 ACCT 11-3321412 | FREEDMAN ANSELMO LINDBERG LLC 1807 WEST DIEHL ROAD SUITE 333 P.O. BOX 3228 NAPERVILLE, ILLINOIS 60566-7228 LAWFIRM OBTAIN DEFAULT JUDGMENT IN MAY 2013 | HOUSEHOLD FINANCE 226 WEST ROOSEVELT ROAD VILLA PARK, IL 60181 | BUSINESS ONLY | LOAN WAS EXECUTED IN 2007 AS A CHECK FOR $5,000 THAT EVENTUALLY WAS INCREASE TO OVER $7,000. FUNDS WERE USED FOR DEVELOPMENT EXPENSE IN ASSOCIATION WITH SECOND CHANCE DEVELOPMENT LLC PURCHASE OF A SIX UNIT APARTMENT BUILIDNG. IN 2007. FUNDS PAID FOR CONTRACTORS SERVICES PRIMARILY. | $7,876.21 |
| 2 | ASSET ACCEPTANCE LLC P.O. BOX 2036 WARREN MI 48090-2036 ACCT 11-3321412 | FREEDMAN ANSELMO LINDBERG LLC 1807 WEST DIEHL ROAD SUITE 333 P.O. BOX 3228 NAPERVILLE, ILLINOIS 60566-7228 LAWFIRM OBTAIN DEFAULT JUDGMENT IN MAY 2013 | FELDCO/GE MONEY BANK P.O. BOX 960061 ORLANDO FL 32896-0061 | BUSINESS ONLY | LOAN WAS ORIGINALLY WITH FELDCO FOR INSTALLATION OF WINDOWS IN THE SECOND CHANCE DEVELOPMENT LLC SIX UNIT PROPERTY THAT WAS PURCHASED IN 2007 | $24,402.22 |
| 3 | CITIBANK CREDIT SERVICES P.O. BOX 20523 KANSAS CITY MO 64195 | MIDLAND CREDIT MANAGEMENT INC. 8875 AERO DRIVE SUITE 200 SAN DIEGO, CA 92123 | HOME DEPOT CREDIT SERVICES PROCESSING CENTER DES MOINES IA 50364-0500 | BUSINESS ONLY | CREDIT WAS OBTAINED IN 2007 FOR THE PURPOSE OF BUYING APPLIANCES, AND KITCHEN AND BATH CABINETS FOR APARTMENTS THAT WERE BEING RENOVATED FOR THE SIX FLAT BUILIDNG UNDER DEVELOPMENT OF SECOND CHANCE DEVELOPMENT LLC. | $33,565.55 |
| 4 | GE MONEY BANK P.O. BOX 981064 EL PASO, TX 79998-1064 | | LOWES HOME IMPROVEMENT STORE P.O. BOX 530914 ATLANTA GA 30353-0914 | BUSINESS ONLY | CREDIT WAS OBTAINED IN 2007 FOR THE PURPOSE OF BUYING APPLIANCES, AND KITCHEN AND BATH CABINETS FOR APARTMENTS ALONG WITH GENERAL HOME IMPROVEMENT SUPPLIES AND TOOLS IN CONNECTION WITH THE SIX FLAT BUILIDNG UNDER DEVELOPMENT OF SECOND CHANCE DEVELOPMENT LLC. | $5,027.00 |
| 6 | NORTHCREEK INC. 2173 GLENWOOD LANSING RD CHICAGO HTS, IL 60411 | N/A | SAME | BUSINESS ONLY | CONTRACTED WITH FIRM TO PROVIDE CONCRETE SERVICES IN CONJUNCTION WITH THE SECOND CHANCE DEVELOPMENT LLC RENOVATION OF THE SIX UNIT APARTMENT BLDG PURCHASED IN 2007. | $3,000.00 |
| 8 | HRC PLUMBING 3621 S HARVEY AVE BERWYN, IL 60402 | N/A | SAME | BUSINESS ONLY | CONTRACTED WITH FIRM TO PROVIDE MAJOR PLUMBING INSTALLATION AND SERVICES IN CONJUNCTION WITH THE SECOND CHANCE DEVELOPMENT LLC RENOVATION OF THE SIX UNIT APARTMENT BLDG PURCHASED IN 2007. | $2,814.00 |
| 9 | RONDELYN WHITE LAW JUDGMENT/ ALDON W PAT SUITE 1118 120 WEST MADISON STREET CHICAGO IL 60602 | N/A | SAME | BUSINESS ONLY | RODNELYN WHITE/PLANTIFF FILED A CIVIL SUIT IN CONNECT WITH A SECURITY DEPOSIT AT THE SIX UNIT APARTMENT BLDG ASSOCIATED WITH SECOND CHANCE DEVELOPMENT LLC AND WAS AWARDED A JUDGMENT BY THE COURT OF $7,537.63 OF WHICH PETITIONER WAS RESPONSIBLE FOR $1,811.43 | $1,811.43 |
| 10 | GONZON CONSTRUCTION 3146 SOUTH MORGAN CHICAGO IL 60606 | N/A | SAME | BUSINESS ONLY | CONTRACTED WITH FIRM TO PROVIDE REAR PORCH INSTALLATION SERVICES IN CONJUNCTION WITH THE SECOND CHANCE DEVELOPMENT LLC RENOVATION OF THE SIX UNIT APARTMENT BLDG PURCHASED IN 2007. | $2,280.00 |

Edgar Steele 2 of 3

| # | Creditor | Co-Debtor | Nature of Claim | Type | Description | Amount |
|---|---|---|---|---|---|---|
| 11 | RUFF, WEIDNAAR & REIDY 222 N LASALLE SUITE 700 CHICAGO, IL 60601 | N/A | SAME | BUSINESS ONLY | LAW FIRM PROVIDED LEGAL REPRESENTATION AND EVICTION SERVICES ASSOCIATED WITH THE SECOND CHANCE DEVELOPMENT LLC SIX UNIT APARTMENT BUILDING. | $2,389.00 |
| 12 | BRADLEY FOREMAN 120 S STATE STREET STE 535 CHICAGO, IL 60603 | N/A | SAME | BUSINESS ONLY | LAW FIRM PROVIDED LEGAL REPRESEN CHAPTER 11 FILINGING ASSOCIATED WITH THE SECOND CHANCE DEVELOPMENT LLC SIX UNIT APARTMENT BUILDING PROJECT. | $1,200.00 |
| 13 | CITIBANK SOUTH DAKOTA, N.A. BOX 6500 SIOUX FALLS, SD 57117 | BLITT AND GAINES P.C. ATTORNEY NUMBER 22225 681 GLENN AVE WHEELING, IL 60090 | SAME | BUSINESS 90% CONSUMER 10% | CREDIT CARD WAS USED FOR SEVERAL PURCHASES FROM HOME DEPOT, ELSON HARDWARE, STAPLES, TARGET AND OTHER MERCHANTS THAT HAD SUPPLIES USED IN SECOND CHANCE DEVELOPMENT SIX UNIT BUILDING PROJECT. | $11,282.99 |
| 14 | ARS NATIONAL SERVICES INC P.O. BOX 463023 ESCONDIDO, CA 92046-3023 | CITIBANK P.O. BOX 469100 ESCONDIDO, CA 92046-9100 | SAME | BUSINESS ONLY | CASH LOAN WAS USED TO PAY CONTRACTORS ASSOCIATED WITH THE SECOND CHANCE DEVELOPMENT SIX UNIT RENOVATION PROJECT. | $1,657.00 |
| 15 | LTD FINANCIAL SERVICES L.P. 7322 SOUTHWEST FREEWAY SUITE 1600 HOUSTON, TX 77074-2053 | CITIBANK P.O. BOX 469100 ESCONDIDO, CA 92046-9100 | SAME | BUSINESS ONLY | CASH LOAN WAS USED TO PAY CONTRACTORS ASSOCIATED WITH THE SECOND CHANCE DEVELOPMENT SIX UNIT RENOVATION PROJECT. | $2,588.69 |
| 16 | AMERICAN CORADIUS INTERNATIONAL LLC 2420 SWEET HOME ROAD STE 150 AMHERST NY 14228-2244 | N/A | BANK OF AMERICA CARD SERVICES P.O. BOX 15019 WILMINGTON DE 19886-5019 | CONSUMER 85% BUSINESS 15% | CREDIT CARD USED FOR MOSTLY CONSUMER SPENDING WITH SOME BUSINESS RELATED SPENDING. THE AMOUNT IS IN DISPUTE AS HAVE BEEN REPORTED BY THE DEBT COLLECTOR. | $43,466.15 |
| 17 | AMERICAN EXPRESS TRAVEL RELATED SERVICES OA SPECIAL RESEARCH P.O. BOX 981540 EL PASO, TX 79998-1540 | N/A | SAME | CONSUMER 90% BUSINESS 10% | CREDIT CARD USED FOR MOSTLY CONSUMER SPENDING WITH SOME BUSINESS RELATED SPENDING. | $3,538.70 |
| 18 | SECURITY CREDIT SERVICES LLC 2653 W OXFORD LOOP OXFORD, MS 38655 | THE BORLAND LAW FIRM P.O. BOX 671136 MARIETTA, GA 30066 | UMB BANK N.A. CARD SERVICES P.O. BOX 219736 KANSAS CITY, MO 64121-9736 & FIVE STAR BANK P.O.BOX 35460 COLORADO SPRINGS, CO 80935-3542 | 100% CONSUMER DEBT | CREDIT CARD WAS ORIGINALLY OPEN AND OWNED BY MY MOTHER. AT HER DEATH IN 2005, AS EXECUTOR OF HER ESTATE, I ASSUMED THE DEBT. | $3,886.38 |
|  | AMERICAN CORADIUS INTERNATIONAL LLC 2420 SWEET HOME ROAD STE 150 AMHERST NY 14228-2244 | N/A | BILL ME LATER P.O. BOX 105658 ATLANTA GA 30348 | BUSINESS ONLY | ACCOUNT WAS ESTABLISHED TO PURCHASE A STORAGE DEVICE TO DISPLAY AND PROCESS PHOTOS AND VIDEO PRESENTATION FOR PROSPECTIVE CLIENTS FOR BUSINESS (MINI COMPUTER. | $3,849.49 |
|  | CREDIT CONTROL LLC 5757 PHANTOM DR STE 330 HAZELWOOD, MO 63042 | CITIBANK P.O. BOX 469100 ESCONDIDO, CA 92046-9100 | SAME | 60% BUSINESS 40% CONSUMER DEBT | CREDIT CARD WAS USED FOR SEVERAL PURCHASES FROM HOME DEPOT, ELSON HARDWARE, STAPLES, TARGET AND OTHER MERCHANTS THAT HAD SUPPLIES USED IN SECOND CHANCE DEVELOPMENT SIX UNIT BUILDING PROJECT. | $24,261.00 |
|  | DISCOVER CARD P.O. BOX 6103 CAROL STREAM, IL 60197-6103 | N/A | SAME | CONSUMER 90% BUSINESS 10% | CREDIT CARD USED FOR MOSTLY CONSUMER SPENDING WITH SOME BUSINESS RELATED SPENDING. CREDITOR AWARDED DEFAULT JUDGMENT BY COURT. | $10,989.07 |

Edgar Steele 3 of 3

| Creditor | Address | Account | Debt Type | Description | Amount |
|---|---|---|---|---|---|
| CHASE CARD SERVICES P.O. BOX 15548 WILMINGTON, DE 19886-5548 ACCT# 4266 | SAME | N/A | 60% BUSINESS 40% CONSUMER DEBT | CREDIT CARD WAS USED FOR SEVERAL PURCHASES FROM HOME DEPOT, ELSON HARDWARE, STAPLES, TARGET AND OTHER MERCHANTS THAT HAD SUPPLIES USED IN SECOND CHANCE DEVELOPMENT | $10,020.00 |
| CHASE CARD SERVICES P.O. BOX 15298 WILMINGTON, DE 19850-5298 ACCT# 4147 | SAME | N/A | 60% BUSINESS 40% CONSUMER DEBT | CREDIT CARD WAS USED FOR SEVERAL PURCHASES FROM HOME DEPOT, ELSON HARDWARE, STAPLES, TARGET AND OTHER MERCHANTS THAT HAD SUPPLIES USED IN SECOND CHANCE DEVELOPMENT | $9,849.00 |
| CAPITAL ONE P.O. BOX 30285 SALT LAKE CITY, UT 84130 | FIFTH THIRD BANK OPTIMA P.O. BOX 17051 BALTIMORE, MD 21297-1051 | N/A | 100% CONSUMER DEBT | CONSUMER DEBT NOT DELIQUENT | $488.00 |
| FIFTH THIRD BANK MASTERCARD CUSTOMER SERVICE MD 1MOC2G-4050 38 FOUNTAIN SQUARE PLZ CINCINNATI, OH 45263-0001 | SAME | N/A | 100% CONSUMER DEBT | CONSUMER DEBT NOT DELIQUENT | $750.00 |
| HARRIS BANK P.O. BOX 94033 PALATINE, IL 60094-4033 | SAME | N/A | 100% CONSUMER DEBT | CONSUMER DEBT NOT DELIQUENT; OVERDRAFT ON HARRIS CHECKING ACCT | $940.00 |
| SOUTHWEST VISA RAPID REWARDS P.O. BOX 15298 WILMINGTON, DE 19850-5298 | SAME | N/A | CONSUMER 90% BUSINESS 10% | CREDIT CARD USED FOR MOSTLY CONSUMER SPENDING WITH SOME BUSINESS RELATED SPENDING. CREDITOR AWARDED DEFAULT JUDGMENT BY COURT. | $11,200.00 |
| | | | | TOTAL | $223,081.91 |

19